

DEPARTMENT OF THE ARMY
HEADQUARTERS
UNITED STATES ARMY MEDICAL DEPARTMENT ACTIVITY COMMAND
FORT CAMPBELL, KENTUCKY 42223-5000

MCXD

MEMORANDUM FOR Commander, Headquarters, Fort Campbell, Fort Campbell, Kentucky 42223-5656, ATTN: Separation Transition Center

SUBJECT: Separation Under AR 635-200, Chapter 5-17, Other Designated Physical or Mental Conditions, SPC Robert A. Weilbacher, ▇▇▇▇▇▇▇, Medical Company, United States Army Medical Department Activity Command, Fort Campbell, Kentucky 42223-5000

1. I have reviewed the enclosed separation packet on SPC Robert A. Weilbacher, ▇▇▇▇▇▇▇, Medical Company, United States Army Medical Department Activity Command, Fort Campbell, Kentucky 42223-5000.

2. After careful consideration of all matters, I direct this Soldier be (INITIAL OPTION):

    ( ) Retained.

    ( ) Retained and rehabilitatively transferred to another unit as directed by the G-1/MPD.

    ( ) Separated, but that the separation be <u>suspended</u> for a period of _____ months (not to exceed 12 months).

    (X) Separated from the Army prior to the expiration of current term of service.

3. I direct that this Soldier's service be characterized as (INITIAL OPTION IF SEPARATION WAS SELECTED ABOVE):

    (X) Honorable.

    ( ) General under honorable conditions.

MCXD
SUBJECT: Separation Under AR 635-200, Chapter 5-17, Other Designated Physical or Mental Conditions, SPC Robert A. Wellbacher, ~~[redacted]~~, Medical Company, United States Army Medical Department Activity Command, Fort Campbell, Kentucky 42223-5000

4. After considering the need to retain trained personnel in the IRR for mobilization purposes, the positive motivation that full mobilization may have on the Soldier, and the probable maturing effect of the passage of time, I have determined that this Soldier:

   ( ) Will be transferred to the IRR, unless otherwise disqualified.

   (X) Will not be transferred to the IRR.

5. After reviewing the rehabilitative transfer requirement IAW AR 635-200, 1-16, I have determined the requirement(s) do not apply to this action.

6. This Soldier ~~(has)~~ (**has not**) filed an unrestricted report of sexual assault within 24 months of initiation of this separation action. (If "has" is selected, answer a - d below)

   a. The separation ~~(does)~~ (**does not**) appear to be in retaliation for the Soldier filing an unrestricted report of sexual assault.

   b. The separation (does) (does not) involve a medical condition that is related to the sexual assault, to include Post Traumatic Stress Disorder (PTSD).

   c. The separation is in the best interest of (the Army) (the Soldier) (both).

   d. The status of the case against the alleged offender is (open) (closed), and the separation of the Soldier/victim (will) (will not) affect disposition or prosecution of the case.

2

MCXD
SUBJECT: Separation Under AR 635-200, Chapter 5-17, Other Designated Physical or Mental Conditions, SPC Robert A. Weilbacher, ███████, Medical Company, United States Army Medical Department Activity Command, Fort Campbell, Kentucky 42223-5000

7. The Soldier will report to the Separation Transition Center for separation processing.

8. This correspondence will be filed as permanent material in the Soldier's Army Military Human Resource Record (AMHRR) IAW AR 600-8-104.

Encls
as

TELITA CROSLAND
COL, MC
Commanding

CF:
SPC Weilbacher (w/ encls)
Cdr, MEDDAC (w/o encls)
Cdr, Med Co., MEDDAC (w/o encls)

3

| REQUEST AND AUTHORITY FOR LEAVE | 1. CONTROL NUMBER |
|---|---|
| This form is subject to the Privacy Act of 1974. For use of this form, see AR 600-8-10. The proponent agency is ODCSPER. (See instructions on reverse.) | 51965/218AA/DQ |

### PART I

| 2. NAME (Last, First, Middle Initial) WEILBACHER, ROBERT A. | 3. SSN [redacted] | 4. RANK SPC | 5. DATE 20150810 |
|---|---|---|---|
| 6. LEAVE ADDRESS (Street, City, State, ZIP Code and Phone No.) [redacted] | 7. TYPE OF LEAVE ☐ ORDINARY ☐ EMERGENCY ☐ PERMISSIVE TDY ☒ OTHER ☐ TERMINAL/PTDY | | 8. ORGN, STATION, AND PHONE NO. USA MEDDAC FORT CAMPBELL, KY 42223 (270) 798-2488 |

### 9. NUMBER DAYS LEAVE

| a. ACCRUED | b. REQUESTED | c. ADVANCED | d. EXCESS | 10. DATES |  |
|---|---|---|---|---|---|
| 9 | 19 | N/A | N/A | a. FROM 21 AUG 15 | b. TO 8 SEP 15 |

| 11. SIGNATURE OF REQUESTOR [signed] Robt A. W... | 12. SUPERVISOR RECOMMENDATION/SIGNATURE ☒ APPROVAL ☐ DISAPPROVAL [signed] SPC | 13. SIGNATURE AND TITLE OF APPROVING AUTHORITY [signed] Patrick T. Birchfield, LTC, MC, TFPCdR |

### 14. DEPARTURE

| a. DATE | b. TIME | c. NAME/TITLE/SIGNATURE OF DEPARTURE AUTHORITY |
|---|---|---|

### 15. EXTENSION

| a. NUMBER DAYS | b. DATE APPROVED | c. NAME/TITLE/SIGNATURE OF APPROVAL AUTHORITY |
|---|---|---|

### 16. RETURN

| a. DATE | b. TIME | c. NAME/TITLE/SIGNATURE OF RETURN AUTHORITY |
|---|---|---|

**17. REMARKS**
PTDY: 21 AUG 15 - 30 AUG 15
TERMINAL LEAVE: 31 AUG 15 - 8 SEP 15

Chargeable leave is from _____ to _____

### PART II - EMERGENCY LEAVE TRANSPORTATION AND TRAVEL

18. You are authorized to proceed on official travel in connection with emergency leave and upon completion of your leave and travel will return to home station (or location) designated by military orders. You are directed to report to the Aerial Port of Embarkation (APOE) for onward movement to the authorized international airport designated in your travel documents. All additional travel is chargeable to leave. Do not depart the installation without reservations or tickets for authorized space required transportation. File a no-pay travel voucher with a copy of your travel documents or boarding pass within 5 working days after your return. Submit request for leave extension to your commander. The American Red Cross can assist you in notifying your commander of your request for extension of leave.

19. INSTRUCTIONS FOR SCHEDULING RETURN TRANSPORTATION:

For return military travel reservations in CONUS call the MAC Passenger Reservation Center (PRC):
Should you require other assistance call PAP:

| 20. DEPARTED UNIT | 21. ARRIVED APOD | 22. ARRIVED APOE (return only) | 23. ARRIVED HOME UNIT |
|---|---|---|---|

### PART III - DEPENDENT TRAVEL AUTHORIZATION

24.
25. ☐ (Space available or required cash reimbursable) ☐ ONE WAY ☐ ROUND TRIP
☐ (Space required) TRANSPORTATION AUTHORIZED FOR DEPENDENTS LISTED IN BLOCK NO. 25

### DEPENDENT INFORMATION

| a. DEPENDENTS (Last name, First, MI) | b. RELATIONSHIP | c. DATES OF BIRTH (Children) | d. PASSPORT NUMBER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### PART IV - AUTHENTICATION FOR TRAVEL AUTHORIZATION

| 26. DESIGNATION AND LOCATION OF HEADQUARTERS | 27. ACCOUNTING CITATION |
|---|---|

| 28. DATE ISSUED | 29. TRAVEL ORDER NUMBER | 30. ORDER AUTHORIZING OFFICIAL (Title and signature) OR AUTHENTICATION |
|---|---|---|

DA FORM 31, SEP 1993     EDITION OF 1 AUG 75 IS OBSOLETE     ORIGINAL 1     APD PE v4.00